**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BARBARA BROWN**                                                                                 **PLAINTIFF**

**v.**                                            **4:08-CV-00089-WRW**

**J.B. HUNT TRANSPORT SERVICES, INC,** *et al.*                           **DEFENDANT**

**ORDER**

A July 25, 2008 Order directed the Clerk of the Court to remove an Administrative Record from PACER.[1] However, the Administrative Record filed by Defendants on PACER <u>was</u> redacted.[2] Thus, there is no need for the Clerk of the Court to remove that record. The Administrative Record submitted in hard-copy by Defendants is unredacted. The Clerk is directed to file the unredacted, hard-copy of the Administrative Record under seal.

IT IS SO ORDERED this 31st day of July, 2008.

                                                                            /s/Wm. R. Wilson, Jr.
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 71.

[2] Doc. No. 17.