**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BARBARA BROWN**                                                            **PLAINTIFF**

**v.**                                        **4:08CV00089-WRW**

**J.B. HUNT TRANSPORT SERVICES, INC.**                              **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, granting Defendants' Motion for Summary

Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE