# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BARBARA BROWN**                                                                               **PLAINTIFF**

**v.**                                            **4:08CV00089-WRW**

**J.B. HUNT TRANSPORT SERVICES, INC.**                                        **DEFENDANT**

## ORDER

The Eighth Circuit Court of Appeals reversed this Court's finding that Plaintiff had failed to exhaust her administrative remedies.[1] The Eighth Circuit remanded the case to this Court, with instructions for this Court to remand to Prudential for an out-of-time appeal. Accordingly, this Court's findings as to Plaintiff's claims for benefits as set out in Count I are vacated, and the case is remanded to Prudential for an out-of-time appeal.

IT IS SO ORDERED this 17th day of December, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 104.