IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BARBARA BROWN**  PLAINTIFF

v.  No. 4:08-cv-89-DPM

**J.B. HUNT TRANSPORT SERVICES, INC.**  DEFENDANT

**PRUDENTIAL INSURANCE COMPANY OF AMERICA**  INTERVENOR DEFENDANT

JUDGMENT

Barbara Brown's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
Untied States District Judge

27 March 2012